JUDGE DANIELS            08 CIV 7413

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND               :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
                      Plaintiffs,
                                        :
        -against-                            08 CIV.
                                        :
EDGAR BOBADILLA D/B/A BERGH D/B/A
LUIS BERGH D/B/A BERGH123 D/B/A         :
NEWBERGH123 D/B/A MATT OSBERT
AND JOHN DOES NOS. 1-5                  :

                      Defendants.       :

- - - - - - - - - - - - - - - - - - - -x

[Stamp: AUG 21 2008 U.S.D.C. S.D.N.Y. CASHIERS]

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cengage Learning Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 8/21/08                           _____
                                        SIGNATURE OF ATTORNEY