JUDGE DANIELS

08 CIV 7413

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                    :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND                   :
THE MCGRAW-HILL COMPANIES, INC.,
                                            :
                            Plaintiffs,
                                            :
        -against-
                                            :
EDGAR BOBADILLA D/B/A BERGH D/B/A
LUIS BERGH D/B/A BERGH123 D/B/A             :
NEWBERGH123 D/B/A MATT OSBERT
AND JOHN DOES NOS. 1-5                      :

                            Defendants.     :

- - - - - - - - - - - - - - - - - - -x



                    RULE 7.1 STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of

Civil Procedures and to enable Judges and Magistrate Judges

of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for The McGraw-Hill

Companies, Inc. ("McGraw-Hill") certifies that McGraw-Hill

is a publicly-held company traded on the New York Stock

Exchange.  T. Rowe Price Group, Inc., a publicly-held

company that trades on the NASDAQ, indirectly owns more

than 10 percent of McGraw-Hill through its wholly-owned

subsidiary T. Rowe Price Associates, Inc.  No other

publicly-held company has a 10 percent or greater direct or indirect ownership interest in McGraw-Hill.

DATE: __8/24/08__

SIGNATURE OF ATTORNEY